```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A01-0168--CR (JKS)
                              "USA V RICHARD W. TESCHER"
                              DEF 1.1 TESCHER, RICHARD W.

                  Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed:  11/15/01
             Closed:  01/04/05
  No. of Defendants:  1
      MJ Case Number:
                 AKA:
     Location status: Not specified
         Trial date:
         Terminated: YES
  Needs interpreter: NO
  Counsel of record: None specified


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Jayne Wallingford
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


  Counts re: DEF 1.1 TESCHER, RICHARD W.
```

| Document   | Count  | Citation and Description                                       | Disposition         |
|------------|--------|----------------------------------------------------------------|---------------------|
| 1 -  1 IND | 1      | 18:1159 MISREPRESENTATION OF INDIAN PRODUCED GOODS AND PRODUCTS (F) | Dismissed (21-1) |
| 1 -  1 IND | 2      | 18:1343 WIRE FRAUD (F)                                         | Dismissed (21-1)    |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A01-0168--CR (JKS)
                            "USA V RICHARD W. TESCHER"

                                  For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 11/15/01
            Closed: 01/04/05
 No. of Defendants: 1


  Document #   Filed      Docket text
  ──────────   ─────      ───────────

   NOTE -  1   11/15/01   Issued: Summons.

      1 -  1   11/15/01   [Re: DEF 1] PLF 1 Indictment.

      2 -  1   11/15/01   [Re: DEF 1] AHB Grand Jury Minutes; summons to issue; set for arr nad
                          notify USM; bail $10,000 unsecured bond.

      3 -  1   11/15/01   [Re: DEF 1] AHB Minute Order that arr is set 2:00 p.m., 12/17/01.  cc:
                          USA, USM, PO, Def (by USM)

   NOTE -  2   11/27/01   Issued: Proposed Trial Date Setting for arr to JKS CMC.

      4 -  1   12/06/01   USM Return of summons unexecuted.

      5 -  1   12/07/01   [Re: DEF 1] AHB Minute Order that the ARR set for 12/17/01 at 2:00pm is
                          VACATED.  Govt to provide court with appropriate address or status
                          report w/in 30 days.  ARR to be reset & summons reissued upon clerk's
                          receipt of address.

      6 -  1   01/11/02   [Re: DEF 1] AHB Minute Order govt ordered to file by COB 1/15/02 to file
                          appropriate address/status report unless dismissal papers are sooner
                          filed; arr to be reset and summons reissued upon clerk's receipt of
                          def's address; govt ordered to show cause why original ddln was not
                          complied with. cc: USA,

      7 -  1   01/15/02   [Re: DEF 1] PLF 1 Status Report.

      8 -  1   01/18/02   [Re: DEF 1] AHB Minute Order the govt's status report (7-1) is accepted;
                          cnsl for govt directed to file by COB 1/24/02 either further stat
                          report/ correct address for def or request for issuance of WOA.  cc: USA

      9 -  1   01/24/02   [Re: DEF 1] PLF 1 Status Report.

   NOTE -  3   01/28/02   Issued: Summons re: 2/25/02.

   NOTE -  4   01/28/02   Issued: Proposed Trial date setting for arr to JKS CMC.

     10 -  1   01/28/02   [Re: DEF 1] AHB Minute Order that arr is set 2:00 p.m., 2/25/02.  cc:
                          USA, USM, PO, DEF (by USM)

     11 -  1   02/08/02   USM Return of unexecuted summons re: DEF 1.

     12 -  1   02/11/02   [Re: DEF 1] AHB Minute Order re; unexecuted summons.  ARR set for
                          2/25/02 at 2pm is VACATED.  Govt to file status report w/i 30 days of
                          address; clk to reset ARR and reissue summons. cc: USA, USM, PO

   NOTE -  5   03/06/02   [Re: DEF 1] Issued WOA.

     13 -  1   03/06/02   [Re: DEF 1] PLF 1 motion for arrest warrant.
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A01-0168--CR (JKS)
                       "USA V RICHARD W. TESCHER"

                            For all filing dates
```

```
Document #   Filed     Docket text

    13 -  2  03/06/02  [Re: DEF 1] AHB Order granting motion for arrest warrant (13-1).  cc:
                       USA, USM

    14 -  1  03/06/02  [Re: DEF 1] PLF 1 Status Report.

    15 -  1  02/04/03  [Re: DEF 1] AHB Minute Order that govt directed to file stat report w/in
                       30 days from date of MO; stat report shall advise crt if case has been
                       resolved or if WOA should stand.  cc: USA

    16 -  1  02/06/03  PLF 1 Attorney Appearance of J. Wallingford.

    17 -  1  02/06/03  [Re: DEF 1] PLF 1 Status Report re: crt's order of 2/4/03.

    18 -  1  11/16/04  [Re: DEF 1] AHB Minute Order that govt directed to file stat report w/in
                       30 days from date of MO; stat report shall advise crt if case has been
                       resolved or if WOA should stand.  cc: USA

    19 -  1  12/29/04  [Re: DEF 1] PLF 1 motion to dismiss indictment.

  NOTE -  6  01/04/05  [Re: DEF 1] Statistical Notice of Arrest; case dismissed w/o prejudice

    20 -  1  01/04/05  [Re: DEF 1] JKS Order granting motion to dismiss indictment (19-1).  cc:
                       AUSA, USM, USPO, MJ Branson

    21 -  1  01/04/05  [Re: DEF 1] JKS Judgment of Discharge dismissed without prejudice
                       count(s) 1,2 of the Indictment (1-1).  cc: AUSA, USM, USPO, MJ Branson

    22 -  1  01/20/05  [Re: DEF 1] Return of WOA unexecuted per judgment of discharge issued
                       1/3/05.
```